# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Automobile Mechanics' Local No. 701 Union
and Industry Pension Fund

CASE NUMBER: 21-cv-06765

V.

ASSIGNED JUDGE: Robert M. Dow

Greco Contractors, Inc

DESIGNATED
MAGISTRATE JUDGE: Sheila M. Finnegan

TO: (Name and address of Defendant)

Greco Contractors, Inc.
c/o Anthony J. Greco - Registered Agent and President
1440 Harlan Drive
Lake Forest, Illinois 60045

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael S. Vojta
Johnson & Krol, LLC
311 South Wacker Drive, Ste 1050
Chicago, Illinois 60606

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

/s/ Nicole Gibson

(By) DEPUTY CLERK

December 20, 2021

DATE

# CERTIFICATE OF SERVICE

| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT OF ILLINOIS** | Case #: 21-cv-06765 |

**Automobile Mechanics' Local No. 701 Union and Industry Pension Fund**

Plaintiff

vs.

**Greco Contractors, Inc.**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons & Complaint**

| | |
|---|---|
| PARTY SERVED: | **GRECO CONTRACTORS, INC.** |
| PERSON SERVED: | **ANTHONY J. GRECO, PRESIDENT** |
| METHOD OF SERVICE: | **Corporate** - By leaving copies with the person identified above, apparently in charge at the office or usual place of business. I informed him/her of the general nature of the papers. |
| DATE & TIME OF DELIVERY: | **12/21/2021 at 8:40 AM** |
| ADDRESS, CITY AND STATE: | **1440 HARLAN DR, LAKE FOREST, IL 60045** |
| DESCRIPTION: | Race: **White**  Sex: **Male**  Age: **70**<br>Height: **5'10"**  Weight: **175**  Hair: **Black/Balding**  Glasses: **Yes** |

Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 503-2
Wheaton, IL 60187
(630) 221-9007

I declare under penalties of perjury that the information contained herein is true and correct. Executed on 12/21/2021.

Signature: _Richard Gerber_
Richard Gerber
Registration No: 117-001119

CLIENT: **Johnson & Krol, LLC**
FILE #:

Job #: **481661**